IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JON IRVIN LEVIN,

    Plaintiff,

vs.                                                                          No. CIV 05-629 JB/WDS

AIRGAS SOUTHWEST, INC.,

    Defendant.

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on Defendant Airgas Southwest, Inc.'s Motion for Summary Judgment to Enforce Contractual Limitation of Liability, filed January 24, 2006 (Doc. 44). The Court, having granted the Defendant's Motion for Summary Judgment, finds that Final Judgment should and will be entered against the Plaintiff and for the Defendant. This Final Judgment thus adjudicates all existing claims and liabilities of the parties.

    **IT IS HEREBY ORDERED** that Final Judgment is entered in favor of the Defendant and against the Plaintiff. This case is **DISMISSED with prejudice**.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Max Houston Proctor
Hobbs, New Mexico

– and –

Michael T. Newell
Heidel, Samberson, Newell, Cox & McMahon
Lovington, New Mexico

 *Attorneys for the Plaintiff*

Jeffrey M. Croasdell
Bryan J. Davis
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

 *Attorneys for the Defendant*